**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Marsha Cooper-Jackson v. Cantanmount Properties 2018 LLC

Appellate case number:   01-22-00374-CV

Trial court case number:   1182952

Trial court:                 County Civil Court at Law No. 1 of Harris County

The clerk's record indicates that appellant filed a statement of inability to afford courts costs in the trial court and in the appellate court. The trial court did not sign an order overruling appellant's statement of inability. Accordingly, appellant is not responsible for payment of any costs. *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 20.1(b)(1).

The Clerk of this Court is directed to indicate that appellant is indigent and not responsible for payment of costs for the appellate record or for any filing fees.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
☑ Acting individually   ☐ Acting for the Court

Date:   __August 4, 2022_____